

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2021

No. 04-21-00094-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Isabel Velasquez **PEREZ**, individually and a/n/f of Vanessa Velasquez, minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35130-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

This appeal was originally set for formal submission and oral argument before this Court on Thursday, October 21, 2021, at 10:00 AM, before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Beth Watkins, and Justice Liza A. Rodriguez in the courtroom of the Court of Appeals for the Fourth District of Texas.

Oral argument is cancelled, and the panel WITHDRAWS its August 31, 2021 order setting the case for in-person oral argument on Thursday, October 21, 2021, at 10:00 AM. A future submission date for this case will be forthcoming.

It is so **ORDERED** on October 18, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz, Clerk of Court